**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RICHARD JOE FOSTER, JR.,**                                                         **PLAINTIFF**

V.                                 **CASE NO. 4:16-CV-00914 SWW/BD**

**JOHN RANDELL, et al.**                                                                **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.      Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.     Discussion:**

Plaintiff Richard Joe Foster Jr., an inmate at the Faulkner County Detention Center, filed this lawsuit without the help of a lawyer under 42 U.S.C. § 1983. (Docket entry #1) Mr. Foster's initial complaint could not proceed as written because he did not

state how he was injured as a result of Defendants' unconstitutional conduct.[1] He was ordered to file an amended complaint within 30 days of December 28, 2016, to cure the deficiencies. To date, he has failed to comply with the Court's December 28, 2016 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Foster that his claims could be dismissed if he failed to comply with the Court's Order. (#4)

### III.  Conclusion:

The Court recommends that Mr. Foster's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's December 28, 2016 Order.

DATED this 1st day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] There were other problems with the complaint, as well. Mr. Foster sued John Randell, but did not attribute any unconstitutional conduct to that Defendant. Furthermore, he sued Defendants in their official capacities but did not identify a county custom or policy that caused or contributed to an injury.