**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**RICHARD JOE FOSTER, JR.,**                                               **PLAINTIFF**

**V.**                      **CASE NO. 4:16-CV-00914 SWW/BD**

**JOHN RANDELL, et al.**                                               **DEFENDANTS**

## **ORDER**

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Mr. Foster's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED  this 15th day of March, 2017.

                                                       /s/Susan Webber Wright

                                                   UNITED STATES DISTRICT JUDGE