# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RICHARD JOE FOSTER, JR.,**                                                                **PLAINTIFF**

**V.**                              **CASE NO. 4:16-CV-00914 SWW/BD**

**JOHN RANDELL, et al.**                                                                    **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, this case is DISMISSED. It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

Dated this 15th day of March, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE